GEORGE TAYLOR & another *vs.* SILAS H. JAQUES & another.

In a joint action against maker and indorser, on a promissory note, the defendants, if they prevail, are entitled to separate bills of costs.

CONTRACT against Silas H. Jaques and Asa D. Clark, on a promissory note made by Jaques payable to Clark's order, and indorsed by Clark to the plaintiff. The defendants answered, separately. Trial, and verdict for the plaintiffs, in the superior court, before *Brigham*, C. J., who allowed exceptions, which were sustained, as reported 106 Mass. 291. Upon a judgment afterwards ordered for the defendants, the clerk taxed only one bill of costs for them ; but on appeal the superior court allowed them separate bills of costs ; and the plaintiffs appealed to this court.

*J. F. McEvoy*, for the plaintiffs.

*G. Stevens & W. H. Anderson*, for the defendants.

BY THE COURT. One of the defendants was sued as promisor, and the other as indorser, of a note ; and though by statute they may be sued jointly, yet they must defend separately. The court properly held that each was entitled to tax his costs.

*Taxation of costs by the superior court affirmed.*